## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **LEONARD JONES,** ) <br> ) <br> ) <br> ) <br> ) | **Crim. No. 09-68-P-S** |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 19, 2010, his Recommended Decision (Docket No. 49).  Defendant filed his Objection to the Recommended Decision (Docket No. 51) on March 7, 2010.  The Government filed its Response to Defendant's Objection to the Recommended Decision (Docket No. 63) on March 24, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the proposed findings of fact contained in the Recommended Decision are adopted, and with the exception of Defendant's answers to Officer St. Laurent's questions asked after he arrested the Defendant, the Defendant's Motion to Suppress (Docket No. 31) is **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated:  March 25, 2010