UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| LEONARD JONES, | ) |
|     Petitioner | ) |
| v. | ) No. 2:09-cr-00068-GZS |
| | )      2:13-cv-00370-GZS |
| UNITED STATES OF AMERICA, | ) |
|     Respondent | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 3 2014, his Recommended Decision (ECF No. 172). Petitioner filed his Objection to the Recommended Decision (ECF No. 175) on January 5, 2015. I have also reviewed Petitioner's Supplemental Brief (ECF No. 176) filed January 5, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Petitioner's 28 U.S.C. § 2255 Motion (ECF No. 136) is **DISMISSED.**

3. It is **ORDERED** that no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

4. It is **ORDERED** that Petitioner's Motion for Discovery (ECF No. 163) is **DISMISSED AS MOOT**.

/s/George Z. Singal  
U.S. District Judge

Dated this 30th day of January, 2015.